**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6853**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL CROMWELL, a/k/a Mike Tyson, a/k/a Mikey, a/k/a Charlie,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:11-cr-00009-AWA-DEM-1)

Submitted: November 19, 2019                     Decided: November 22, 2019

Before WILKINSON and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Cromwell, Appellant Pro Se. John Farrell Butler, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Cromwell appeals the district court's order denying his motion for a sentence reduction pursuant to § 404 of the First Step Act of 2018, Pub L. No. 115-391, 132 Stat. 5194. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Cromwell*, No. 2:11-cr-00009-AWA-DEM-1 (E.D. Va. filed May 16, 2019; entered May 17, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*